# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BIHARI, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>CROSS ROADS OF THE WEST GUN SHOW,<br><br>Defendant. | Case No. 8:16-cv-00718-JVS-E<br><br>Assigned for All Purposes To:<br>Judge: James V. Selna<br>Ctrm: 10C<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed: April 15, 2016 |

IT IS HEREBY ORDERED that pursuant to the Stipulation of named Plaintiff PAUL BIHARI ("Plaintiff Bihari") and Defendant B&L PRODUCTIONS, INC. dba CROSSROADS OF THE WEST GUN SHOWS ("Defendant") (Plaintiff Bihari and Defendant shall be referred to collectively as the "Parties"), the entire above-captioned action ("Action") is dismissed with prejudice as to named Plaintiff Bihari's individual claims, and without prejudice as to the putative class action claims alleged by Plaintiff Bihari.

Each Party shall bear his/its own attorneys' fees, costs, and expenses.

IT IS SO ORDERED.

Date: January 9, 2019

_____
Honorable James V. Selna
United States District Court Judge